UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**,<br><br>v.<br><br>**RICARDO DEMAR BLACKSON**,<br><br>Defendant. | No. 25-cr-269 |

**ORDER**

The court has fully considered the record and the issues raised by the parties. For reasons that will be set forth in a memorandum opinion to follow, Defendant's Motion to Suppress Physical Evidence, ECF No. 13, and his Supplemental Motion to Suppress Statements, ECF No. 28, are GRANTED. Given the fast-approaching trial date and impending deadlines, this Order is intended to provide the parties with earlier notice of the court's decision.

Date: January 5, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge